```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JULIA ROBERTSON-ARMSTRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBINSON HELICOPTER CO., INC. | : | |
| et al. | : | NO. 13-2810 |

ORDER

AND NOW, this 22nd day of April, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Julia Robertson-Armstrong to remand this action to the Court of Common Pleas of Philadelphia County, Pennsylvania (Doc. #16) is DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                  J.