```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JULIA ROBERTSON-ARMSTRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBINSON HELICOPTER COMPANY, | : | |
| INC., et al. | : | NO. 13-2810 |

ORDER

AND NOW, this 19th day of November, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The motion of defendant Robinson Helicopter Company, Inc. to preclude certain opinions of plaintiff's expert Colonel William Lawrence (Doc. #88) is GRANTED in part and DENIED in part;

(2) The motion is GRANTED insofar as it seeks to preclude Col. Lawrence from testifying about defendant's manufacturing and corporate practices; and

(3) The motion is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.