```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JULIA ROBERTSON-ARMSTRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBINSON HELICOPTER COMPANY, | : | |
| INC., et al. | : | NO. 13-2810 |

<u>ORDER</u>

AND NOW, this 19th day of November, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that

(1)  The motion of defendant Robinson Helicopter Company, Inc. to preclude certain opinions of plaintiff's expert Harold L. Miller II (Doc. # 90) is GRANTED in part and DENIED in part;

(2)  Miller is precluded from testifying at trial about the knowledge or management practices of Robinson Helicopter Company, Inc. or about the speculative behavior of its customers; and

(3)  The motion is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.