```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JULIA ROBERTSON-ARMSTRONG      :     CIVIL ACTION
                               :
    v.                           :
                               :
ROBINSON HELICOPTER COMPANY,   :
INC., et al.                   :     NO. 13-2810

## ORDER

AND NOW, this 19th day of November, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Robinson Helicopter Company, Inc. "to Preclude Plaintiff's Expert McSwain Engineering from Offering Any Opinions or Testimony at Trial" (Doc. # 91) is GRANTED in part and DENIED in part;

(2) the motion is GRANTED insofar as it seeks to preclude William Carden and Eric Van Iderstine from testifying about (a) regulatory compliance and (b) injury causation and biomechanics independent of the seat materials and restraints used in the subject helicopter; and

(3) the motion is otherwise DENIED.

                                                   BY THE COURT:

                                              /s/ Harvey Bartle III_____
                                                                  J.