```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JULIA ROBERTSON-ARMSTRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBINSON HELICOPTER COMPANY, | : | |
| INC., et al. | : | NO. 13-2810 |

ORDER

AND NOW, this 19th day of November, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Robinson Helicopter Company, Inc. to preclude plaintiff's expert Rodney L. Doss (Doc. #92) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III _____
                                              J.