```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JULIA ROBERTSON-ARMSTRONG         :        CIVIL ACTION
                                  :
     v.                           :
                                  :
ROBINSON HELICOPTER COMPANY,      :
INC., et al.                      :        NO. 13-2810
```

ORDER

AND NOW, this 19th day of November, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Robinson Helicopter Company, Inc. to preclude certain testimony of Colin A. Sommer (Doc. # 93) is DENIED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III  _____
                                                         J.
```